UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:25-cv-20647-BB

EUCLID TURNAROUND OPPORTUNITY
FUND LP,

    Plaintiff,

vs.

AMERANT EQUIPMENT FINANCE, A
DIVISION OF AMERANT BANK, N.A.,
ALLIANCE METALS LLC, TECHNOCON
INTERNATIONAL, INC., ALLIANCE METALS
ALABAMA, LLC, LARRY Y. GITMAN,
JACOB GITMAN, AND JOHN DOE 1

    Defendants.
_____/

## PLAINTIFF'S RULE 7.1 STATEMENT

Plaintiff, Euclid Turnaround Opportunity Fund, LP ("Euclid"), hereby provides its Disclosure Statement pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure.

Euclid states that it has no parent corporation and that no publicly-held corporation owns 10% or more of its stock.

Euclid further states that it is a Limited Partnership comprising the following partners:

| Name | Citizenship |
|---|---|
| Euclid Partners GP LLC (General Partner) | Delaware and Texas |
| Core Holdings US I LLC (Limited Partner) | Delaware |
| Core Holdings US II LLC (Limited Partner) | Delaware |
| Core Holdings US III LLC (Limited Partner) | Delaware |

| Core Holdings US IV LLC (Limited Partner) | Delaware |
|---|---|
| Core Holdings US V LLC (Limited Partner) | Delaware |

Dated: February 12, 2025

**MCDERMOTT WILL & EMERY LLP**

By: ___/s/ Audrey Pumariega___
    Audrey Pumariega (FBN 85206)
    apumariega@mwe.com
    Corey Kraftsow (FBN 1058684)
    ckraftsow@mwe.com
    333 SE 2nd Avenue
    Suite 4500
    Miami, Florida 33131-4336
    Tele: +1 305 358 3500
    Fax: +1 305 347 6500

*Attorneys for Plaintiff Euclid Turnaround Opportunity Fund LP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **February 12, 2025**, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. A copy will be contemporaneously served via email to all parties on the below Service List below.

## SERVICE LIST

Amerant Equipment Finance,
a Division of Amerant Bank, N.A.
C/O David S. Garbett, Esq.
dgarbett@garlawfirm.com
Brian P. Yates, Esq.
byates@garlawfirm.com
Garbett, Allen, Roza & Yates, P.A.
80 SW 8th Street Suite 3100
Miami, Florida 33130-3004
T: 305.536.8866
F: 305.579.4722

Alliance Metals LLC
Technocon International, Inc.
Alliance Metals Alabama, LLC
Larry Y. Gitman
Jacob Gitman
C/O Stok Kon + Braverman
Attn: Joshua R. Kon, Esq.
    jkon@stoklaw.com
    gortiz@stoklaw.com
    service@stoklaw.com
    Yosef Y. Kudan, Esq.
    ykudan@stoklaw.com
    Mitchell J. Cohen, Esq.
    mcohen@stoklaw.com
One East Broward Boulevard, Suite 915
Fort Lauderdale, Florida 33301
T: 954.237.1777
F. 954.237.1737

*/s/ Audrey Pumariega*
Audrey Pumariega