UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:25-cv-20647-BB

EUCLID TURNAROUND OPPORTUNITY
FUND LP,

    Plaintiff,

vs.

AMERANT EQUIPMENT FINANCE, A
DIVISION OF AMERANT BANK, N.A.,
ALLIANCE METALS LLC, TECHNOCON
INTERNATIONAL, INC., ALLIANCE METALS
ALABAMA, LLC, LARRY Y. GITMAN, AND
JACOB GITMAN

    Defendants.
_____/

## PLAINTIFF'S SUPPLEMENTAL RULE 7.1 STATEMENT

Plaintiff, Euclid Turnaround Opportunity Fund, LP ("Euclid"), hereby supplements its Disclosure Statement pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure.

Euclid states that it has no parent corporation and that no publicly-held corporation owns 10% or more of its stock.

Euclid further states that it is a Limited Partnership comprised of the following partners:

| Name | Citizenship |
| --- | --- |
| Euclid Partners GP LLC (General Partner) | Texas |
| Howard Siegel (Member of Euclid Partners GP LLC) | Texas |
| Adam Siegel (Member of Euclid Partners GP LLC) | Texas |
| Core Holdings US I LLC (Limited Partner) | Cayman Islands & United Arab Emirates |
| Core Holdings US II LLC (Limited Partner) | Cayman Islands & United Arab Emirates |

| | |
|---|---|
| Core Holdings US III LLC (Limited Partner) | Cayman Islands & United Arab Emirates |
| Core Holdings US IV LLC (Limited Partner) | Cayman Islands & United Arab Emirates |
| Core Holdings US V LLC (Limited Partner) | Cayman Islands & United Arab Emirates |
| Saray Value Fund SPC (Member of Core Holdings US I LLC, Core Holdings US II LLC, Core Holdings US III LLC, Core Holdings US IV LLC, and Core Holdings US V LLC) | Cayman Islands & United Arab Emirates |

Dated: March 3, 2025                                **MCDERMOTT WILL & EMERY LLP**

*/s/ Oliver Benton Curtis, III*
Oliver Benton Curtis, III (FBN 118156)
bcurtis@mwe.com
Leah Palmer (FBN 1050765) (admitted *pro hac vice*)
lpalmer@mwe.com
333 SE 2nd Avenue
Suite 4500
Miami, Florida 33131-4336
Tel: (305) 358-3500
Fax: (305) 347-6500

Debbie E. Green (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201
Tel: (214) 210-2821
Fax: (972) 528-5765
dgreen@mwe.com

*Attorneys for Plaintiff Euclid Turnaround Opportunity Fund LP*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **March 3, 2025**, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. A copy will be contemporaneously served via email to all parties on the below Service List below.

### **SERVICE LIST**

| VIA CM/ECF | VIA EMAIL |
|---|---|
| David S. Garbett, Esq.<br>dgarbett@garlawfirm.com<br>Brian P. Yates, Esq.<br>byates@garlawfirm.com<br>Garbett, Allen, Roza & Yates, P.A.<br>80 SW 8th Street Suite 3100<br>Miami, Florida 33130-3004<br>T: 305.536.8866<br>F: 305.579.4722<br><br>*Counsel for Amerant Equipment Finance, a Division of Amerant Bank, N.A.* | Alliance Metals LLC<br>Technocon International, Inc.<br>Alliance Metals Alabama, LLC<br>Larry Y. Gitman<br>Jacob Gitman<br>C/O Stok Kon + Braverman<br>Attn: Joshua R. Kon, Esq.<br>  jkon@stoklaw.com<br>  aprieto@stoklaw.com<br>  service@stoklaw.com<br>  Yosef Y. Kudan, Esq.<br>  ykudan@stoklaw.com<br>  Mitchell J. Cohen, Esq.<br>  mcohen@stoklaw.com<br>One East Broward Boulevard, Suite 915<br>Fort Lauderdale, Florida 33301<br>T: 954.237.1777<br>F. 954.237.1737 |

   */s/ Oliver Benton Curtis, III*
   Oliver Benton Curtis, III