**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
(FT. LAUDERDALE DIVISION)

EUCLID TURNAROUND
OPPORTUNITY FUND LP,　　　　　　　CASE NO.: 1:25-cv-20647-BB

　　　　Plaintiff,

v.

AMERANT EQUIPMENT FINANCE, A
DIVISION OF AMERANT BANK, N.A.,
ALLIANCE METALS LLC, TECHNOCON
INTERNATIONAL, INC., ALLIANCE METALS
ALABAMA, LLC, LARRY Y. GITMAN, AND
JACOB GITMAN,

　　　　Defendants.
_____/

**ALLIANCE METALS ALABAMA, LLC'S CERTIFICATE OF INTERESTED PARTIES
AND CORPORATE DISCLOSURE STATEMENT**

　　　　Defendant, ALLIANCE METALS ALABAMA, LLC ("Alliance Metals Alabama"), by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 7.1 and the Court's Order Requiring Scheduling Report and Certificates of Interested Parties [DE 28] hereby files its Certificate of Interested Parties and Corporate Disclosure Statement.

**CERTIFICATE OF INTERESTED PARTIES**

　　　　Alliance Metals Alabama adopts the Certificate of Interested Parties submitted by Plaintiff Euclid Turnaround Opportunity Fund LP ("Euclid") and Defendant Amerant Equipment Finance, A Division Of Amerant Bank, N.A ("Amerant") and adds the following:

　　　　1.　　ALLIANCE METALS LLC;

　　　　2.　　TECHNOCON INTERNATIONAL, INC.;

　　　　3.　　ALLIANCE METALS ALABAMA, LLC;

    4.    LARRY Y. GITMAN; and

    5.    JACOB GITMAN

## CORPORATE DISCLOSURE STATEMENT

TECHNOCON INTERNATIONAL, INC. is the parent corporation for Alliance Metals Alabama, and no publicly held corporation owns a membership interest in Alliance Metals Alabama of %10 or more.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed and served via the CM/ECF filer on March 13, 2025.

Respectfully submitted,

**STOK KON+ BRAVERMAN**
*Attorneys for Alliance Metals Alabama, LLC*
One East Broward Boulevard
Suite 915
Fort Lauderdale, Florida 33301
Tel.: (954) 237-1777
Fax: (954) 237-1737
Email: service@stoklaw.com
*/s/ Joshua R. Kon*
JOSHUA R. KON, ESQ.
Florida Bar No. 56147
jkon@stoklaw.com
YOSEF Y. KUDAN, ESQ.
Florida Bar No. 1010261
ykudan@stoklaw.com