UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(FT. LAUDERDALE DIVISION)

EUCLID TURNAROUND
OPPORTUNITY FUND LP,    CASE NO.: 1:25-cv-20647-BB

    Plaintiff,

v.

AMERANT EQUIPMENT FINANCE, A
DIVISION OF AMERANT BANK, N.A.,
ALLIANCE METALS LLC, TECHNOCON
INTERNATIONAL, INC., ALLIANCE METALS
ALABAMA, LLC, LARRY Y. GITMAN, AND
JACOB GITMAN,

    Defendants.
_____/

## DEFENDANT'S WITNESS LIST

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| Defendant-A | Declaration of Yosef Kudan, Esq. In Support Alliance Defendant's Response in Opposition to Plaintiff's Third Expedited Motion for Temporary Restraining Order and Preliminary Injunction | ECF #41-2 | | 3/05/25 | |

{Certificate of Service on the next page}

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed and served via the CM/ECF filer on March 17, 2025.

    Respectfully submitted,

**STOK KON+ BRAVERMAN**
*Attorneys for Alliance Metals Alabama, LLC*
One East Broward Boulevard
Suite 915
Fort Lauderdale, Florida 33301
Tel.: (954) 237-1777
Fax: (954) 237-1737
Email: service@stoklaw.com
*/s/ Joshua R. Kon*
JOSHUA R. KON, ESQ.
Florida Bar No. 56147
jkon@stoklaw.com
YOSEF Y. KUDAN, ESQ.
Florida Bar No. 1010261
ykudan@stoklaw.com