UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
`(FT. LAUDERDALE DIVISION)

EUCLID TURNAROUND
OPUNITY FUND LP,                           CASE NO.: 1:25-cv-20647-BB
      Plaintiff,

v.

AMERANT EQUIPMENT FINANCE, A
DIVISION OF AMERANT BANK, N.A.,
ALLIANCE METALS LLC, TECHNOCON
INTERNATIONAL, INC., ALLIANCE METALS
ALABAMA, LLC, LARRY Y. GITMAN, AND
JACOB GITMAN,
      Defendants.
_____/

| WITNESS LIST | | |
|---|---|---|
| _____ Plaintiff    X_____ Defendant | | |
| **Name** | **Subject and Brief Description of Testimony** | **Date(s) Testified** *(Court Only)* |
| 1. Yosef Kudan, Esq. | Will be testifying on the matters discussed in the Declaration of Yosef Kudan, Esq. In Support Alliance Defendant's Response in Opposition to Plaintiff's Third Expedited Motion for Temporary Restraining Order and Preliminary Injunction | |

CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed and served via the CM/ECF filer on March 17, 2025.

    Respectfully submitted,

    Stok Kon+ Braverman
    *Attorneys for Alliance Metals Alabama, LLC*
    One East Broward Boulevard
    Suite 915
    Fort Lauderdale, Florida 33301
    Tel.: (954) 237-1777
    Fax: (954) 237-1737
    Email: service@stoklaw.com

*/s/ Joshua R. Kon*
JOSHUA R. KON, ESQ.
Florida Bar No. 56147
jkon@stoklaw.com
YOSEF Y. KUDAN, ESQ.
Florida Bar No. 1010261
ykudan@stoklaw.com