UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:25-cv-20647-BB

EUCLID TURNAROUND OPPORTUNITY
FUND, LP,

    Plaintiff,

vs.

AMERANT EQUIPMENT FINANCE, A
DIVISION OF AMERANT BANK, N.A., *et al.*,

    Defendants.
_____/

**AMERANT'S WITNESS AND EXHIBIT LIST FOR EVIDENTIARY HEARING**

Defendant Amerant Bank, N.A. ("Amerant"), pursuant to the Court's Order Setting Evidentiary Hearing and Pre-Hearing Schedule (DE 59), identifies the following witnesses and exhibits that it intends for the evidentiary hearing scheduled March 24, 2025 at 9:30 a.m.

**I.**     **Witnesses**

None.

**II.**     **Exhibits**

1. Loan Sale and Assignment Agreement with SB Ecliptica LLC
2. Email string with last email dated January 30, 2025 from Vassili Touline, Esq.
3. Plaintiff's Subpoena to SB Ecliptica LLC
4. Plaintiff's Subpoena to America1 Holdings LLC
5. Plaintiff's Subpoena to America1 Industries LLC
6. Plaintiff's Subpoena to Truewind Management LLC
7. Plaintiff's Subpoena to Sergei Bartushev

1

8. Plaintiff's Subpoena to Oleksandr Bereza

        **GARBETT, ALLEN, ROZA & YATES, P.A.**
        *Counsel to Amerant*
        Brickell City Tower, Suite 3100
        80 S.W. 8th Street
        Miami, Florida 33130
        Tel: (305) 536-8866

        By: /s/ Brian P. Yates
        David S. Garbett, FBN 356425
        dgarbett@garlawfirm.com
        Brian P. Yates, FBN 071257
        byates@garlawfirm.com

## CERTIFICATE OF SERVICE

I certify that on March 17, 2025, a copy of the foregoing was electronically filed and furnished via CM/ECF to all parties on the service list below.

/s/ Brian P. Yates

## SERVICE LIST

Oliver Benton Curtis, III, Esq.
bcurtis@mwe.com
Leah Palmer, Esq.
lpalmer@mwe.com
McDermott Will & Emery LLP
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
*Counsel to Euclid*

Debbie E. Green, Esq.
dgreen@mwe.com
McDermott Will & Emery LLP
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201
*Counsel to Euclid*

Joshua R. Kon, Esq.
jkon@stoklaw.com
gortiz@stoklaw.com
service@stoklaw.com
Yosef Y. Kudan, Esq.

2

ykudan@stoklaw.com
Mitchell J. Cohen, Esq.
mcohen@stoklaw.com
Stok Kon + Braverman
One East Broward Boulevard, Suite 915
Fort Lauderdale, Florida 33301
*Counsel to the Alliance Defendants*