**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:25-cv-20647-BB**

EUCLID TURNAROUND OPPORTUNITY
FUND LP,

      Plaintiff,

vs.

AMERANT EQUIPMENT FINANCE, A
DIVISION OF AMERANT BANK, N.A.,
ALLIANCE METALS LLC, TECHNOCON
INTERNATIONAL, INC., ALLIANCE METALS
ALABAMA, LLC, LARRY Y. GITMAN, AND
JACOB GITMAN

      Defendants.

_____/

**PLAINTIFF, EUCLID TURNAROUND OPPORTUNITY FUND LP'S**
**OBJECTION TO DEFENDANT'S EXHIBIT**

Pursuant to the Court's Order Setting Evidentiary Hearing and Pre-Hearing Schedule (D.E.

59), Plaintiff, Euclid Turnaround Opportunity Fund LP ("Euclid"), by and through undersigned

counsel, submits the following objection to Defendant Alliance Metals Alabama LLC's Witness

List (D.E. 62).

| Exhibit Number | Description | Bates Range / Other Source | Objections |
|---|---|---|---|
| Defendant-A | Declaration of Yosef Kudan, Esq. In Support of Alliance Defendant's Response in Opposition to Plaintiff's Third Expedited Motion for Temporary Restraining Order and Preliminary Injunction | ECF #41-2 | Hearsay Lacks personal knowledge |

Dated: March 19, 2025

**MCDERMOTT WILL & EMERY LLP**

*/s/ Oliver Benton Curtis, III*
Oliver Benton Curtis, III (FBN 118156)
bcurtis@mwe.com
Leah Palmer (FBN 1050765) (admitted *pro hac vice*)
lpalmer@mwe.com
333 SE 2nd Avenue
Suite 4500
Miami, Florida 33131-4336
Tel: (305) 358-3500
Fax: (305) 347-6500

Debbie E. Green (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201
Tel: (214) 210-2821
Fax: (972) 528-5765
dgreen@mwe.com

*Attorneys for Plaintiff Euclid Turnaround Opportunity Fund LP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **March 19, 2025**, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Oliver Benton Curtis, III*
Oliver Benton Curtis, III