UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:25-cv-20647-BLOOM/Elfenbein

EUCLID TURNAROUND OPPORTUNITY
FUND LP,

    Plaintiff,

vs.

AMERANT EQUIPMENT FINANCE, A
DIVISION OF AMERANT BANK, N.A.,
ALLIANCE METALS LLC, TECHNOCON
INTERNATIONAL, INC., ALLIANCE METALS
ALABAMA, LLC, LARRY Y. GITMAN, AND
JACOB GITMAN,

    Defendants.
_____/

**ORDER GRANTING UNOPPOSED
<u>MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF</u>**

**THIS CAUSE** is before the Court upon Plaintiff's Unopposed Motion to Withdraw as Counsel of Record for Plaintiff ("Motion"), filed on April 4. 2025. ECF No. [89]. The Court has reviewed the Motion, the record, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion to Withdraw as Counsel of Record for Plaintiff, **ECF No. [89],** is **GRANTED**.

2. Oliver Benton Curtis, III, Debbie E. Green, Leah Palmer, Audrey Pumariega, and the law firm McDermott Will & Emery LLP are relieved of any further responsibility in this matter.

Case No. 1:25-cv-20647-BLOOM/Elfenbein

3. Dayron Silverio, Peter Prieto, Matt P. Weinshall, and the law firm Podhurst Orseck PA shall continue to serve as counsel of record for Plaintiff.

**DONE AND ORDERED** in Chambers at Miami, Florida on April 4, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record