**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:25-cv-20647-BLOOM/Elfenbein

EUCLID TURNAROUND OPPORTUNITY
FUND LP,

    Plaintiff,

vs.

AMERANT EQUIPMENT FINANCE, A
DIVISION OF AMERANT BANK, N.A.,
ALLIANCE METALS LLC, TECHNOCON
INTERNATIONAL, INC., ALLIANCE METALS
ALABAMA, LLC, LARRY Y. GITMAN, AND
JACOB GITMAN,

    Defendants.
_____/

**ORDER SCHEDULING MEDIATION**

The mediation conference in this case shall be held on **October 13, 2025**, at **9:00 AM** with Retired Judge Rodolfo Sorondo, Jr. via Zoom video conference. On or before **October 16, 2025**, the parties shall file a mediation report indicating whether all required parties participated in the mediation. The report shall also indicate whether the case settled (in full or in part), the mediation was continued with the consent of the parties, whether the mediator declared an impasse, and whether participation was by video conference or in person. The parties may not reschedule the mediation without leave of court.

Case No. 1:25-cv-20647-BLOOM/Elfenbein

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 14, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record